UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**LUCINDA TAYLOR,**                  CASE NO.   3:12-cv-272

   Plaintiff,                        **Judge Timothy S. Black**

   **-vs-**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

   Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

**[ ]**   **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**   **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the ALJ'S Non-Disability Finding is **FOUND SUPPORT BY SUBSTANTIAL EVIDENCE** and **AFFIRMED**; and that the case is **CLOSED** from the docket of the Court.

Date: August 5, 2013                              **JOHN P. HEHMAN, CLERK**

                                                        By: *s/ M. Rogers*
                                                        Deputy Clerk